IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02493-BNB

HAROLD DAVID LEE,

Applicant,

v.

SUSAN JONES, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 2 5 2008

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant, Harold David Lee, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the San Carlos Correctional Facility in Pueblo, Colorado. Mr. Lee filed *pro se* an amended application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (2006).

On December 10, 2007, Magistrate Judge Boyd N. Boland ordered Mr. Lee to show cause within thirty days why the amended habeas corpus application should not be denied for failure to exhaust state remedies. The December 10 order warned Mr. Lee that if he failed to show cause as directed within the time allowed, the amended application would be denied and the action dismissed without further notice. Mr. Lee has failed within the time allowed to show cause as directed or otherwise to communicate with the Court in any way. Accordingly, it is

ORDERED that the amended habeas corpus application is denied and the action dismissed without prejudice for failure to comply with the directives of the December 10, 2007, order to show cause and for failure to prosecute.

DATED at Denver, Colorado, this 25 day of January, 2008.

BY THE COURT:

/s/ Zita Weinshienk
ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02493-BNB

Harold David Lee
Prisoner No. 131169
San Carlos Corr. Facility
1410 W. 13th Street
PO Box 3
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/25/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk